Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Diane Martinez, State Bar No. 276499
E-Mail: dmartinez@hurrellcantrall.com
Blessing Ekpezu, State Bar No. 332308
E-Mail: bekpezu@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants CITY OF LONG BEACH, OFFICER B. PASION, OFFICER C. ROTH, OFFICER J. MENDOZA, OFFICER A. GONZALEZ, OFFICER ALVARADO, OFFICER JOHNSON, and OFFICER ORTEGA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOPHIA LARIOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LONG BEACH; OFFICER B. PASION; OFFICER C. ROTH; OFFICER J. MENDOZA; OFFICER A. DOMINGUEZ; OFFICER A. GONZALEZ; OFFICER ALVARADO; OFFICER JOHNSON; OFFICER ORTEGA and DOES 6 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:18-cv-10486-FWS-AGRx<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. Fred W. Slaughter, Courtroom 10D<br><br>Trial Date:          None |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that Plaintiff, SOPHIA LARIOS and Defendants, CITY OF LONG BEACH, OFFICER BRYAN PASION, OFFICER CHRISTOPHER ROTH, OFFICER JUAN MENDOZA, OFFICER ANDREW GONZALEZ, OFFICER JOAQUIN ALVARADO, OFFICER JOHNSON, and OFFICER ALBERTO ORTEGA (collectively, the "Parties") have reached a settlement in the above-referenced action, pending finalization of settlement

documents and responsibilities of each party.

Accordingly, the Parties respectfully request that the Court vacate the Pre-Trial Conference of September 16, 2022 and the Trial date of October 6, 2022, and all related dates.

DATED: May 9, 2022      SO CAL JUSTICE LAW GROUP

By: */ s / Jennifer Bandlow*
JENNIFER BANDLOW
GEORGE TOURKOW
Attorneys for Plaintiff, SOPHIA LARIOS

DATED: May 9, 2022      HURRELL CANTRALL LLP

By: */ s / Blessing O. Ekpezu*
THOMAS C. HURRELL
DIANE MARTINEZ
BLESSING O. EKPEZU
Attorneys for Defendants CITY OF LONG BEACH, OFFICER B. PASION, OFFICER C. ROTH, OFFICER J. MENDOZA, OFFICER A. GONZALEZ, OFFICER ALVARADO, OFFICER JOHNSON, and OFFICER ORTEGA

## **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 South Grand Avenue, Suite 1300, Los Angeles, California 90071.

On May 9, 2022, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| Jennifer A. Bandlow, Esq.<br>George Tourkow, Esq.<br>SoCal Justice Law Group<br>5670 Wilshire Boulevard, 18th Floor<br>Los Angeles, CA 90036<br>Tel.: (323) 723-3120<br>Fax: (310) 734-1710<br>jbandlow@socaljusticelawgroup.com<br>gtourkow@socaljusticelawgroup.com<br>dtorres@socaljusticelawgroup.com | *Attorneys for Plaintiff SOPHIA LARIOS* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address afeather@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2022, at Los Angeles, California.

*/s/ Alexandria Feather*
Alexandria Feather